MINNA F. NEANDER v. JAMES A. TILLMAN.— Motion denied, with ten dollars

costs, and stay vacated. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.